Form 11cnfpln

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois

226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Don W Stevens
*Debtor*

*Case No.:* 20−70963

*Chapter:* 13

## NOTICE OF ORDER CONFIRMING PLAN

*Notice is hereby provided:*

A text−only Order (Document Number 61) was entered in this Court on 3/16/21, confirming the Second Amended Chapter 13 Plan which was filed by the Debtor on 2/18/21.

On or before 3/30/21, the attorney for the Debtor shall mail a copy of this Notice to all creditors and file a certificate of service with the Court.

*Dated:* 3/16/21

　　/S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court

Central District of Illinois

| | |
|---|---|
| In re: | Case No. 20-70963-mpg |
| Don W Stevens | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-3 | User: emcc | Page 1 of 2 |
| Date Rcvd: Mar 16, 2021 | Form ID: 11cnfpln | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2021:**

**Recip ID     Recipient Name and Address**
db      + Don W Stevens, 5694 North Route 48, Decatur, IL 62526-8741

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyssa Marryn Delatte | on behalf of Creditor Decatur Earthmover Credit Union acolee@kehart.com |
| Amanda J. Wiese | on behalf of Creditor PNC Bank National Association bankruptcy@hsbattys.com, bk4hsbm@gmail.com;hbm@ecf.courtdrive.com |
| Cheryl Considine | on behalf of Creditor PNC Bank National Association bankruptcy@hsbattys.com, bk4hsbm@gmail.com,hbm@ecf.courtdrive.com |
| John L GreenLeaf, Jr | on behalf of Debtor Don W Stevens GreenLeafLaw@comcast.net r41246@notify.bestcase.com |
| Kenneth Takis Siomos | on behalf of Trustee Marsha L Combs-Skinner ken@ch13cdil.com |

| District/off: 0753-3 | User: emcc | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2021 | Form ID: 11cnfpln | Total Noticed: 1 |

Marsha L Combs-Skinner
    Trusteecs@Danville13.com
    marsha@Ch13CDIL.com;marsha@danville13.com;mcombs-skinner@ECF.epiqsystems.com;marsha@ch13cdil.com

U.S. Trustee
    USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 7